# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA ELAINE UNGER,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security Administration,**<br>　　　　Defendant. | NO. 17-3829 |

## O R D E R

**AND NOW**, this 21st day of August, 2018, upon consideration of plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated July 31, 2018, no objections having been filed, **IT IS ORDERED** as follows:

1.　The Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated July 31, 2018, is **APPROVED** and **ADOPTED**;

2.　Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects; and,

3.　The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated July 31, 2018.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**